

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2018

No. 04-17-00400-CR, 04-17-00401-CR, 04-17-00402-CR & 04-17-00403-CR

Logan Trey Field,
Appellant

v.

The State of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5810, 5811, 5812 & 5813
Honorable N. Keith Williams, Judge Presiding

## O R D E R

On December 14, 2017, we abated this appeal to the trial court to hold a hearing to determine whether appellant is indigent, and if so, to appoint new appellate counsel. On January 22, 2018, the trial court clerk filed a supplemental clerk's record containing the trial court's "Order Finding Appellant Indigent and Appointing Appellate Counsel." The trial court ordered M. Patrick Maguire to represent appellant on appeal as appointed counsel. Accordingly, the appeal is REINSTATED on the docket of this court. Appellant's brief is due 30 days from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of January, 2018.

_____
Keith E. Hottle
Clerk of Court